REC'D APR 3 0 2026

By Law Dennis Rawlin

26 U.S. code § 7502 (grand Jury)

Timely Mailing is filled stolen

Timely Filing, US v Lambardo by law these were filed by Registered Mail

(stolen mail)

4/30/2026
today

Dennis Rawlins

USPS complaint and O.I.G. receipt enclosed

all records sent are vid Recorded in Current status being sent

2026 APR 30 AM 11:16
USDC-EDPA RECD CLERK

My Copy all sent to Phily

**<u>it is settled law that delivery of a pleading to a proper official is sufficient to constitute filing thereof</u>.** *United States v. Lombardo*, 241 U.S. 73, 36 S. Ct. 508, 60 L. Ed. 897 (1916); *Milton v. United States*, 105 F.2d 253, 255 (5th Cir. 1939). In *Greeson v. Sherman*, 265 F. Supp. 340 (D.C.Va.1967) it was held that a pleading delivered to a deputy clerk at his home at night was thereby "filed." (*Freeman v. Giacomo Costa Fu Adrea*, 282 F. Supp. 525 (E.D.Pa. 04/5/1968).)

Neah Marlilen    arrest warrant

2026 APR 30 AM 11:17
USDC-EDPA REC'D CLERK

REC'D APR 3 0 2026

I Deon Robinson on 4/22/2026 sent Registered mail to Devin Robin, the Eastern District of Pennsylvania.

USPS is purposely Refusing to deliver proper service by Due process of law! According to 26 U.S.C. §7602 — Timely mailing is a timely filing when registered mail documents are properly Dated, which was on 4/22/2026

Madison v. Maurbury — Anything that goes against Constitutional law is Repugnant, Null and void!

all Reports have been filed with USPS and office of post office Ins general, All documents on film Sent

REC'D APR 3 0 2026

2 of 2

4/29/2026
Devin R.

On 4/22/2026 the following Documents were filed.

1. writ of mandamus, Motion to show product

2. Motion for change of venue

3. Motion for a fed civil arrest warrant for Noah Marlier and Kelly C. Wall— for Refusal to give Oath of office Bond info Devin Robinson Requested!

4. Grand JURY subp. → Noah Marlier

Motion for discovery for Bonds info

The charges are

1. Disruption of Correspondence

2. Obstruction of Justice

3. I want Kelly C. Wall and Noah Marlier Arrested.

Motion for extended time

USPS will get Judicial Punishment

# Email Us - Daily Mail Delivery

Menu ▼

REC'D APR 3 0 2026

1 of 4. In...    2 of 4. C...    3 of 4. R...    4 of 4. C...

*Indicates a required field

# Step 4: Confirmation ⓘ

✓ **Your request has been received.**

Thank you for contacting USPS®. Please find your service request number below. You will receive a confirmation email soon. Click "Close" to return to the Email Us start page.

**Service Request Number: 87721502**

**What's next?**
You'll receive a response about your issue within 1-3 business days.

[ Close ]

# Related Articles

Informed Delivery® - The Basics
Change of Address - The Basics

**emailus.usps.com** — Private

*handwritten annotations:*

1 of 2

Timely mailing/filing
26 USC
87502

2/30/2026

Filed Stolen

about Noah Maltieu

Dennis Rehim

USPS Refuses to Deliver

 **hotlineform.uspsoig.gov**

UNITED STATES POSTAL SERVICE



# Thank you for contacting the Postal Service Office of Inspector General

- The Hotline has received your submission for review.

  - Your reference number is: **170437**

- If you included a valid email address, you will receive an email confirmation that your complaint has been submitted.

- Unless you are contacted directly by an OIG investigator or other representative, you will not receive further communications from our office. However, your concern may be under investigation even if you are not contacted by us.

← → + [11] •••

*2072*

*Filed*
*Stolen*
*registered*
*Mail*
*4/28/2026*
*Devin*
*Rollins*

*mail*



REC'D APR 3 0 2026

Timely Mailing / Timely Filing

26 USC § 7502

Filed as it's proven stolen Mail all documents vid Recorded in case of tampering with documents

*[handwritten: full Court case]* **UNITED STATES BANKRUPTCY COURT** *[handwritten: Entered]*
**NORTHERN DISTRICT OF FLORIDA** *[handwritten: along with]*
**TALLAHASSEE DIVISION** *[handwritten: my affidavit]*

IN RE:

UNITED STATES                                    CASE NO.: 20-40375-KKS
CORPORATION COMPANY,
*[handwritten: Check I4th page]*
                                                 INVOLUNTARY
                                                 CHAPTER: 11
     Alleged Debtor.

*[handwritten: all documents vid recorded. all accounted for and correct!]*
                                    /

### ORDER ENJOINING PETITIONING PARTY, SYTERIA HEPHZIBAH, A/K/A HIGHLY FAVORED SHEKINAH EL, PURSUANT TO *ORDER FOR PETITIONING PARTY, SYTERIA HEPHZIBAH, TO SHOW CAUSE WHY SHE SHOULD NOT BE DECLARED A VEXATIOUS LITIGANT* (DOC. 38)

THIS MATTER came before the Court for hearing on December 17, 2020, on the *Order for Petitioning Party, Syteria Hephzibah, to Show Cause Why She Should Not Be Declared a Vexatious Litigant* ("Order to Show Cause," Doc. 38). Petitioning Party, Syteria Hephzibah, a/k/a Highly Favored Shekinah-El ("Hephzibah a/k/a Shekinah-El"), appeared.[1] *[handwritten: 6/14/2025 fed Bankruptcy Court record Case No. 25-CV-03515]*

Having considered the record and testimony at the hearing, the Court finds that Hephzibah a/k/a Shekinah-El failed to show any cause

*[handwritten: We are Now back into Common Law]*

_____
[1] Syteria Hephzibah designates herself as "Highly Favored Shekinah El, dba Moorish Science Temple of America, dba Court of Equity and Truth, Lawful Beneficiary Creditor, Heir of the Vast Estate . . . ." The hearing was conducted telephonically due to the continuing COVID-19 pandemic.

NJM

2026 APR 30 AM 11:17 USBC-EDPA REC'D CLERK

case, along with a copy of the paper in question; the Clerk shall then provide copies of both to the Office of the United States Trustee.

4. In the event that Hephzibah a/k/a Shekinah-El should appeal this Order, and in the further event that the District Court should hold that this Court does not have authority to issue this type of sanction, then this Order shall be construed as a Report and Recommendation (R&R) to the District Court.

5. In the event of any conflict between this Order and the Order entered in this case at Doc. 49., the terms of the instant Order shall control.

6. The Clerk's Office is directed to immediately re-close this case.

*DCSS and DOMESTIC Relations*

DONE and ORDERED on __January 22, 2021__ .

*Now Defunct grand jury subpeana →*

KAREN K. SPECIE
Chief U. S. Bankruptcy Judge

*"I Declare (or certify, verify or state) under penalty of perjury that the foregoing is true 6/9/2025,*

cc: all parties in interest, including
Syteria Hephzibah
Highly Favored Shekinah-El
422 East 27th Street
Jacksonville, FL 32206-2211
dba Moorish Science Temple of America
dba Court of Equity and Truth

14

Lawful Remedy Demanded

4/29/2026  Devin Rollin    1 of 2

1. D.C.SS must issue written apology From Dover family Court about false child abuse alligations by Star Price was completely false and unvalid

I must have 8 original official Document Judges in DE and Pia. must write a letter with all gov heading (with raised wax seal) proving official Apology. all cases closed

7th amendment
supremacy clause

Starlese Price must be notofied of all same info stating closure

2. Pay me Full Compansation from State oF DE and PiA. Bond Company by way of U.S. Marshall

3. Restore my Passport and Passport agency in Philly Must be notofied!

4/29/2026   Derrin Robinson

2 of 2

Robinson
v
D.C. SS

Motion for Discovery
Motion for Produce of
Produce

I demand state of De
Both, Dover and Wilmington, De
courts Release all Judges
Oath of Office Bond
Insurance Info, for my
payment. Make all orders
official stating a
Fed civil arrest warrant
will be filed if Bond or
records release is Denied!

1 of 1

2026 APR 30 AM 11:18
USDC-EDPA RECD CLERK

Motion for Direct verdict

Today 4/30/2026    4/29/2026 Devin Robin

ON 4/20/2026    Robinson v DCSS

and Domestic Relations. They Devin Robinson

Both Have Refused to answer

the fed complaint submitted

by Devin Robinson. As 4/29/2026

DCSS has by Law Defaulted

and I demand, That info I

submitted to the courts stand

As fact, affidavit went

un rebutted by DCSS, Domestic

Relations must Lift as well

as State of DE Must

Cancel all child support cases

and pay me by Law cashiers

Cheque in full

Do as orig comp says)

*Sent to Noah Marlier*

To the clerk of court, Court Admin/ Pythonotary in Montgomery county pa. Norristown.

This is proof of court record by registered mail.

I Devin Robinson request. My bond information and Kelly C. Walls bond information and company that has all bonds that you're insured by.

**Under PA Code 246 § 110, these bonds are filed with the local County Prothonotary/Clerk of court**

I want all info certified and correct.
If not correct then I will submit to fed court with a grand jury subpoena plenty of them.

I also demand full payment of all
federal court request financial damages.

DOMESTIC RELATIONS CASE # 017116726 Starlese Price V Devin Robinson

PUBLIC NOTICE...

Per United States v. Throckmorton, 98 U.S. 61 (1878), "fraud upon the court—INCLUDING CONCEALMENT OF CRIMES—vitiates every part of the proceeding, and "NO TIME LIMIT," or procedural closure excuses it."

Notice to Agents/ Agencies is Notice to Principals, Notice to Principals is Notice to Agents /Agencies

FICTIONAL... CHARTERS/ CHARACTERS/ "ACTORS" ARE ...
"IMPERSONATING"...
ie.
Public Offices/Employees Servants/Peace Officers/ OFFICERS OF THE COURTS, & EMOLUMENT HOLDERS OF ALL, offices of Trust:

Breaching Constutional Bindings, Public laws, Treaties, fiduciary Duties, Trust laws, International SAFTIES & PROTECTIONS ect.

Creating Financial Crimes , ASSAULT, ROBBERY, THEFT OF PROPERTIES, TRESPASSING, FALSE ARREST & IMPRISONMENT, WITHOUT DUE PROCESS

UNDER: COLOR OF AUTHORITY
BY: COLOR OF LAW SCHEMES, SWINDLES, & CONS:

DEMAND: FOR JUSTICE & REMEDIES:

Public Notice, and Demand for Correction and Awareness –
Lawful Limits on Governmental Authority and the Right to Travel

Purpose Statement:
This public notice serves as a lawful and constitutional declaration intended to:

• Inform public servants, including law enforcement, judicial officers, and administrative agents, of the limits of their authority as prescribed by the Constitution of the United States, the constitutions of the several states, and controlling Supreme Court precedent.

• Correct widespread and ongoing misapplications of law, particularly with regard to the regulation, enforcement, and punishment of individuals exercising private rights under color of law.

• Demand that all agents acting under oath of office immediately cease and desist from any unlawful enforcement actions that violate the rights of the people, especially regarding the right to travel freely upon public roads in a private capacity absent commercial activity or verified injury, loss, or harm.

The authority for this notice rests in the supremacy of the Constitution and the natural rights of the people, secured by:
• The U.S. Constitution, Article VI, Clause 2 (Supremacy Clause)
• The Bill of Rights, especially the 1st, 4th, 5th, 6th, 9th, and 10th Amendments
• The Common Law, as preserved and recognized in federal and state constitutions
• Binding precedent of the Supreme Court of the United States
• Statutory law, including 42 U.S.C. § 1983 and 18 U.S.C. § 242, which impose liability on public officials who act outside constitutional authority or under color of law.

Key Point:
Government derives its just powers from the consent of the governed, and may not exceed the authority lawfully delegated to it by the people.

◇ "All laws which are repugnant to the Constitution are null and void."
— Marbury v. Madison, 5 U.S. (1 Cranch) 137 (1803)

◇ "The claim and exercise of a constitutional right cannot be converted into a crime."
— Miller v. U.S., 230 F.2d 486 (5th Cir. 1956)
◇ "There can be no sanction or penalty imposed upon one because of this exercise of constitutional rights."
— Sherar v. Cullen, 481 F.2d 946 (9th Cir. 1973)

This is not a mere opinion—it is a statement of constitutional supremacy and a demand that all public servants be bound by their oath of office and cease any and all unlawful presumption of authority over private people operating in peaceful, non-commercial capacities.

STEP-BY-STEP: HOW TO ACTUALLY OBTAIN A CORPORATE SURETY BOND

**** DOCUMENTS MUST BE CERTIFIED ****

** If anything is wrong I will sue **

Judicial Surety and, appeals Bond info.

All of it I want. Even mine it must be ready for pickup Wednesday or Thursday of april the week of the 6th.

*** See below what I request ***

This is the only path most courts accept.

Step 1 — Confirm requirement (court or clerk)

You must know:

Bond type

Penal sum

Case number

Court name

Step 2 — Contact a bond agent (not the court)

You tell the agent:

"I need a [type] bond for [court], Case No. [___], in the amount of $____."

They will ask for:

Name (principal)

Address

SSN/EIN (sometimes)

Case info

Bond amount

Step 3 — Pay premium

Typical costs:

Probate bond: 0.3%–1% annually

Judicial bond: varies

Bid bond: often bundled with performance/payment bonds

Step 4 — Surety issues the bond

They give you:

Bond number

Surety name

Penal sum

Power of Attorney page (this is mandatory)

You now fill in the blanks accurately.

Step 5 — File with clerk

You file:

Original bond

POA page

Case caption page

Clerk stamps → bond is live.

5. INDIVIDUAL SURETY — WHEN IT IS ACTUALLY ALLOWED (MISSOURI REALITY)

This is critical.

President Donald J. Trump
Signed executive order number
13818 blocking the property of persons involved in serious human rights abuses or corruption in 2017.

On 1/22/2021 in the UNITED STATES BANKRUPTCY COURT NORTHERN DISTRICT OF FLORIDA TALLAHASSEE DIVISION

CASE No: 20-40375-KKS
DOC: #56
Filed: 01/22/21 (final order)
INVOLUNTARY CH: 11
UNITED STATES CORPORATION COMPANY IS NOW BANKRUPT &, is now DISSOLVED by. THE HONORABLE, KAREN K SPECIE
CHIEF U.S. Bankruptcy Judge.


Eastern District of Pennsylvania
Robinson v Domestic Relations
Case 25- cv- 05161
Third circuit Court of appeals court
No: 25- 3066

4/14/2026

In Hoffman v. Blaski (1960), the U.S. Supreme Court ruled that a federal district court cannot transfer a case under 28 U.S.C. § 1404(a) to a district where the plaintiff did not have the right to bring the action initially, even if the defendant consents to the transfer.

The Court emphasized that the phrase "might have been brought" in the statute refers to the plaintiff's right to sue in the transferee district at the time the action was commenced, not at the time of the transfer. Therefore, the transferee district must have proper venue and personal jurisdiction over the defendants when the lawsuit began.

Jennifer IS NOT  NOT ELIGIBLE
TO RECEIVE MY FED CASE FROM
THE EASTERN DISTRICT OF PENNSYLVANIA! ROBINSON v DOMESTIC RELATIONS IS CURRENTLY BEING HEARD ON 3RD CIRCUIT COURT OF APPEALS. THE CASE NUMBER IS 25-3066, ROBINSON, ROBINSON V DCSS IS ALSO IN FED COURT NO. 26- cv-01679,   STATE COURTS HAVE NO JURISDICTION!

 ROBINSON V DCSS CASE CANNOT BE ADJUDICATED DUE TO THESE CASE ARE IN THE 3RD CIRCUIT COURT OF APPEALS

 In federal cases is often based on the need for a fair trial, convenience of witnesses, or improper venue. Notable case law includes Hoffman v. Blaski, which discusses the limitations on transferring cases, and Van Dusen v. Barrack, which addresses the "interest of justice" in venue changes.

Overview of Change of Venue in Federal Cases

A motion for change of venue is a legal request to transfer a case from one court to another. This is often done to ensure a fair trial, especially in cases where pretrial publicity may affect impartiality.

Legal Grounds for Change of Venue
Common Reasons
Convenience of Witnesses: If witnesses find it difficult to travel to the original venue, a transfer may be warranted.

Improper Venue: If the case was filed in a jurisdiction that lacks proper authority, it can be moved to a suitable court.

Impartial Jury: If there is a belief that an impartial jury cannot be selected in the current venue, a change may be necessary.

A motion for change of venue in federal cases is often based on the need for a fair trial, convenience of witnesses, or improper venue.

Notable case law includes Hoffman v. Blaski, which discusses the limitations on transferring cases, and Van Dusen v. Barrack, which addresses the "interest of justice" in venue changes.

Overview of Change of Venue in Federal Cases

A motion for change of venue is a legal request to transfer a case from one court to another.

This is often done to ensure a fair trial, especially in cases where pretrial publicity may affect impartiality.

Legal Grounds for Change of Venue
Common Reasons
Convenience of Witnesses: If witnesses find it difficult to travel to the original venue, a transfer may be warranted.

Improper Venue: If the case was filed in a jurisdiction that lacks proper authority, it can be moved to a suitable court.

Motion for a federal Warrant *civic*

Affidavit &, Complaint

I Devin Robinson demand a motion to be granted for a federal civil arrest warrant for.

Noah Marlier &, Kelly C. Wall

## Noah Marlier
## Prothonotary
## **Hilary Fuelleborn, Esq.**
**Solicitor**
Ph: 610-278-3360
**MAILING ADDRESS**
Office of the Prothonotary
P.O. Box 311
Norristown, PA 19404-0311

Documents
I sent to
Noah Marlier
are missing

Kelly C. Wall, Noah Marlier

**Norristown Office**
**One Montgomery Plaza**
425 Swede Street
Norristown, PA 19401

Noah Marlier

**Willow Grove Office**
102 N. York Road
Suite 302
Willow Grove, PA 19090

 I Devin Robinson made lawful attempts to contact Mr. Marlier &, Kelly C. Wall who is the incumbents and keepers of the oath of office bond insurance carriers and numbers by law. So through registered mail.

I demanded the info for such bond.

 It is to receive the surety oath of office bond for me, to get approved for civil financial remedy. This is regarding my lawsuit in Robinson v Dcss involving Kelly C. Wall that has a grand jury subpoena already. THESE DOCUMENTS ARE MISSING &, THE pythotary office resuses to handover its whereabouts for the documents I sent &, Kelly C. Wall oath of office bond!

Montgomery county Python notary office is purposely disregarding my federal document in an active fed court case!

By law the Montgomery County PA court administration by law is to give me judge Kelly C. Wall oath of office bond for my payment in multiple lawsuits.

By law I contacted court administration by registered mail on 4/20/2026 between 9am and 4 p.m. and was hung up on multiple times.

The conversations recorded in the hours and, days stated were recorded and, on 4/20/2026 between 9 a.m. and 3 p.m. I was granted told on recorded phone call, that those records would be available.

I then called on 4/21/2026 between 1 p.m. and 3p.m. requesting those records and, the Montgomery County PA court administration continued to rudely disregard my phone calls by hanging up on me multiple times.

I request they both be arrested for obstruction of justice!

I am requesting this motion
fed rules of civil procedure and, the due process clause of the 5th Amendment!

Charges are as listed!

1.Obstruction of justice in the U.S. Code is primarily covered under **18 U.S.C. Chapter 73 (§§ 1501–1521)**, which criminalizes interfering with federal investigations, judicial proceedings, and official inquiries.

2. 18 U.S. Code § 1702 - Obstruction of correspondence prohibits taking, opening, or destroying mail not addressed to you before it has been delivered, with intent to obstruct or pry into secrets. Violating this federal law can result in fines and imprisonment for up to five years.

4/22 2026



**Registered No.** RF834202180US

**Date Stamp**
0805
22

**Postage** $ $3.28

**Extra Services & Fees** (continued)
☐ Signature Confirmation $_____
☐ Signature Confirmation Restricted Delivery $_____

**Extra Services & Fees**
☐ Registered Mail $18.70
☐ Return Receipt (hardcopy) $ $0.00
☐ Return Receipt (electronic) $ $0.00
☐ Restricted Delivery $0.00

**Total Postage & Fees** $ $22.98

APR 14 2026

BRIDGEPORT, PA 19405

**Customer Must Declare Full Value**
$ $0.00

**Received by**
04/14/2026

Domestic Insurance up to $50,000 is included based upon the declared value. International indemnity is limited. (See Reverse).

**OFFICIAL USE**

**To Be Completed By Customer (Please Print) All Entries Must Be in Ballpoint or Typed**

FROM
Dourager(ord) PA 50405
2208 Rahway Ave
E. Norriton, P.a. [29401]

TO
Noah Marlier office
o. Norristown, PA Prothenotary
P. O. Box 311 Norristown,
P.A. 19404-0311

PS Form **3806, Registered Mail Receipt**
April 2015, PSN 7530-02-000-9051
For domestic delivery information, visit our website at www.usps.com®

Copy 1 - Customer
(See Information on Reverse)

AO 110 (Rev. 06/09) Subpoena to Testify Before a Grand Jury

# UNITED STATES DISTRICT COURT

for the

EASTER District OF Pennsylvania

## SUBPOENA TO TESTIFY BEFORE A GRAND JURY

To: Noah Marlier 425 Swede St Norristown, P.A. 19401
Prothonotary    610-278-3360

**YOU ARE COMMANDED** to appear in this United States district court at the time, date, and place shown below to testify before the court's grand jury. When you arrive, you must remain at the court until the judge or a court officer allows you to leave.

| Place: | Date and Time: |
|---|---|
|  |  |

You must also bring with you the following documents, electronically stored information, or objects *(blank if not applicable):* 1. The oath of office Bond insurance info for Kelly C. Wall and Hillies
2. Registered Mail from Devin Robinson RF; 834202180US
3. Bring all correspondence by mail from Devin Robinson
4 United States Bankruptcy Court Northern District of florida tallahassee Division Case No: 20-40375-KKS involuntary ch:11 Unit States corp company

Date: _____          *CLERK OF COURT*

_____
*Signature of Clerk or Deputy Clerk*

The name, address, e-mail, and telephone number of the United States attorney, or assistant United States attorney, who requests this subpoena, are: Devin Robinson; PRO SE, drobi66@yahoo.com
610-680-8335 2208 Rahway Ave E, Norriton, P.a. [19401]

AO 110 (Rev. 06/09) Subpoena to Testify Before Grand Jury (Page 2)

## PROOF OF SERVICE

This subpoena for *(name of individual or organization)*  Noah Marlier

was received by me on *(date)* _____ .

☐  I served the subpoena by delivering a copy to the named person as follows: _____

_____  on *(date)* _____ ; or

☐  I returned the subpoena unexecuted because: _____

_____ .

I declare under penalty of perjury that this information is true.

Date: 4/22/2026

_____
*Server's signature*

Devin Robinson  Pro SE
_____
*Printed name and title*

2708 Rahway Ave
E Norriton, Pa. [19401]
_____
*Server's address*

Additional information regarding attempted service, etc:

Motion to compel/Motion to Produce Product/ Motion for more time

Robinson v DCSS:

*I Need 2 months*

*only 4 pages*

I Devin Robinson am requesting a motion to compel

Reason being Mr. Marlier is denying my request by registered mail for, Kelly C. Wall oath of office bond insurance company for my settlement payment.

I also have submitted a grand jury subpoena. By law according to the case United States v Lambardo (1916) all federal documents are filed. Madison v Maurbury anything that that goes against the constitution is repugnant, it's null and void. 17 USC 1330 (a) common law and other righs unaffected.

See registered mail provided to Mr Marlier presented

On 4/20/2026 between the hours of 9:00am to 3pm. I made a multiple phone calls requesting that information and, I was purposely denied more than 8 times with being hung up on and, having calls transferred to different departments and, if little to no help.

 Once a live court administration employee was connected too me.

 I then explained in writing and, through  phone that this was an active federal case.

 I then was still denied that request of receiving Kelly C. Walls oath of office bond even though, proper correspondence was given.

 I demand that this request be granted due, to the due process violations and, by law when a bond company request is made by registered mail it must be provided

Noah Marlier
Prothonotary

**Hilary Fuelleborn, Esq.
Solicitor**

Ph: 610-278-3360

**MAILING ADDRESS**

Office of the Prothonotary
P.O. Box 311
Norristown P.A. 19401-0311

https://www.law.cornell.edu/rules/frcp/rule_6

A **Request for Production** (often under Federal Rule of Civil Procedure 34) is a formal, pre-trial discovery tool used in lawsuits to demand that an opposing party provide documents, electronically stored information (ESI), or access to tangible items/land for inspection and copying. It is used to obtain evidence, and if the party refuses or fails to comply, a **Motion to Compel** can be filed with the court to force compliance.

Each justice or judge of the United States must take an oath to "administer justice without respect to persons" before performing their duties, as outlined in 28 U.S. Code § 453. Additionally, some states require judges to provide a bond, ensuring they fulfill their responsibilities, but the specifics can vary by state law.

Cornell University    Justia

## Oath of Office for Judges

Each justice or judge of the United States is required to take an oath before performing their duties. This oath, as specified in 28 U.S. Code § 453, includes a commitment to:

- Administer justice without respect to persons
- Provide equal rights to the poor and the rich
- Faithfully and impartially discharge all duties under the Constitution and laws of the United States

The oath concludes with the phrase, "So help me God."

## Bond Requirements for Judges

In addition to the federal oath, some states have specific requirements for judges regarding bonds. These bonds serve as a financial guarantee that judges will fulfill their responsibilities. The requirements can vary significantly by state. Below is a comparison of bond requirements in selected states:

To get a state administrative judge's **oath of office bond**, secure a **surety bond** through a licensed **bond agency** or insurance company, which requires an application, personal credit check, and a small percentage fee of the bond amount. In PA, this bond ensures faithful performance, is generally filed with the **prothonotary** of the court of common pleas, and for positions like magisterial district judges, typically requires a minimum of

$

25

000

Judges in the United States, including federal judges, are generally required to be bonded to ensure faithful performance of their duties. While specific bonding requirements for judges can be mandated by law, the general framework for official bonds is often found in 6 U.S.C. §§ 1–15, and bonds for specific court-appointed officers are covered under 28 U.S.C. § 754. These bonds provide financial protection in cases of misconduct or negligence.

- **Bonding Requirements:** Before assuming office, judges may secure a judicial bond, typically through a surety company, acting as a guarantee of their performance.
- **Official Bonds Act:** The official bonds act (6 U.S.C. § 1-15) requires that officers of the United States, which can include judicial officials, furnish bond for the faithful performance of duties.
- **Bond Copy Availability:** Under 28 U.S.C. § 1737, certified copies of the bonds of federal officers can be requested, serving as evidence of the bond's execution.
- **Oath vs. Bond:** While 28 U.S.C. § 453 explicitly requires an oath of office for justices and judges, the bond requirement is part of the overarching requirement for federal officers handling duties that require surety.

# 28 U.S.C. § 1737 - U.S. Code - Unannotated Title 28. Judiciary and Judicial Procedure § 1737. Copy of officer's bond

Any person to whose custody the bond of any officer of the United States has been committed shall, on proper request and payment of the fee allowed by any Act of

Congress, furnish certified copies thereof, which shall be prima facie evidence in any court of the execution, filing and contents of the bond.

4/22/2026